UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                            Case No. 13-CV-12273
v.                                  HON. GEORGE CARAM STEEH

MICHAEL J. SKORIJA and
THE MICHIGAN DEPARTMENT
OF TREASURY,

        Defendants.
_____/

### DISMISSAL OF ORDER TO SHOW CAUSE (DOC. # 6)

The court has issued an order to show cause why this matter should not be dismissed for failure to prosecute. In response, the United States states that it has been working with the defendants to resolve the action, and requests that the case not be dismissed for failure to prosecute. The United States further requests that it be given until November 14, 2013 to file a stipulation of settlement with the court.

The court will grant this request. Should settlement not occur as anticipated, the defendants must file their answers to the complaint on or before November 22, 2013, or be subject to default. The order to show cause is hereby **DISMISSED**.

    **IT IS SO ORDERED**.

Dated: October 29, 2013

                                                  s/George Caram Steeh
                                                  GEORGE CARAM STEEH
                                                  UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on October 29, 2013, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk